## UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE THE HONORABLE GARY S. KATZMANN

|  |  |  |
|---|---|---|
| GOVERNMENT OF ARGENTINA, | ) | |
| Plaintiff, | ) | |
| LDC ARGENTINA S.A., | ) | |
| Consolidated Plaintiff, | ) | |
| v. | ) | Consol. Court No. 20-00119 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| NATIONAL BIODIESEL BOARD FAIR TRADE COALITION, | ) | |
| Defendant-Intervenor. | ) | |

## <u>CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL</u>

Notice is hereby given that Consolidated Plaintiff LDC Argentina S.A. hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on September 21, 2021.

Respectfully submitted,

/s/ Gregory J. Spak

Gregory J. Spak
Jessica Lynd
**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

*Counsel to LDC Argentina S.A.*
*Consolidated Plaintiff*

November 19, 2021

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify under penalty of perjury that on this 19th day of November 2021, "CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Gregory J. Spak</u>
Gregory J. Spak