# UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE THE HONORABLE GARY S. KATZMANN

|  |  |
|---|---|
| GOVERNMENT OF ARGENTINA, | ) |
| Plaintiff, | ) |
| LDC ARGENTINA S.A., | ) |
| Consolidated Plaintiff, | ) |
| v. | ) Consol. Court No. 20-00119 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| NATIONAL BIODIESEL BOARD FAIR TRADE COALITION, | ) |
| Defendant-Intervenor. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Government of Argentina hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on September 21, 2021.

**1**

        Respectfully submitted,

        <u>/s/ Frank Morgan</u>
        Frank Morgan
        **Trade Law Defense PLLC**
        218 North Lee Street, 3rd Fl
        Alexandria, VA 22314
        703-493-0188

        *Counsel to Government of Argentina*
        *Plaintiff*

November 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of November 2021, "PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank Morgan
Frank Morgan