NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GOVERNMENT OF ARGENTINA,**
*Plaintiff-Appellant*

**LDC ARGENTINA S.A.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, NATIONAL BIODIESEL BOARD FAIR TRADE COALITION,**
*Defendants-Appellees*

———————————

2022-1189, 22-1190

———————————

Appeals from the United States Court of International Trade in No. 1:20-cv-00119-GSK, Judge Gary S. Katzmann.

———————————

# O R D E R

Upon consideration of LDC Argentina S.A.'s unopposed motion to voluntarily dismiss the above-captioned appeals,

IT IS ORDERED THAT:

2                                GOVERNMENT OF ARGENTINA v. US

          (1) The motion is granted. The appeals are
              dismissed.

          (2) Each side shall bear its own costs.

                        FOR THE COURT

January 14, 2022          <u>/s/ Peter R. Marksteiner</u>
                            Peter R. Marksteiner
                            Clerk of Court

**ISSUED AS A MANDATE:** January 14, 2022